O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERALDO C. BASCOMB, II,            )        CASE NO. ED CV 08-01095 ODW (RZ)
                                   )
                Petitioner,        )
                                   )        ORDER ACCEPTING FINDINGS AND
        vs.                        )        RECOMMENDATIONS OF UNITED
                                   )        STATES MAGISTRATE JUDGE
LARRY A. SMALL, WARDEN,            )
                                   )
                Respondent.        )
                                   )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.


DATED: October 14, 2008

_____
            OTIS D. WRIGHT, II
        UNITED STATES DISTRICT JUDGE