**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDO C. BASCOMB, II,<br><br>    Petitioner,<br><br>  vs.<br><br>LARRY A. SMALL, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 08-01095 ODW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of GERALDO C. BASCOMB, II, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 14, 2008

*[signature]*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE